TANNER *v.* MAXWELL.

SIMMONS, C. J. Although this might be classed as a case of *de mimimis non curat lex*, it appears that the trial judge committed no error of law in the hearing thereof, the evidence authorized the verdict, and the court below did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Evans, J., disqualified.*

Submitted February 10,—Decided March 8, 1905. ·

Equitable petition. Before Judge Evans. Washington superior court. March 18, 1904.

*Howard & Jordan* and *James K. Hines,* for plaintiff in error. *Evans & Evans,* contra.